

August 18, 2022

**VIA ECF**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Mun et al. v. JPMorgan Chase & Co.,* 1:22-mc-00163-DLC

Dear Judge Cote,

    We write pursuant to the Court's order dated August 17, 2022, setting a pretrial conference in the above captioned proceedings on August 26, 2022, at 11:30am (ECF No. 30). The above captioned proceedings concern an application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding. Briefing will complete on September 9, 2022.

    Should the Court still wish to proceed with a pre-trial conference, we respectfully request that this be adjourned. Lead counsel for Petitioners Clifford Cheah King Mun and Maso Capital Investments Limited will be in London for a deposition on August 26, 2022. We have conferred with counsel for Respondent JPMorgan Chase & Co. and for Intervenor Jardine Strategic Limited, who consent to this adjournment. Counsel for all parties are available on Friday, September 2, 2022, and Friday, September 30, 2022.

                                                     Respectfully submitted,

                                                     */s/* **Duane L. Loft**
                                                     Duane L. Loft
                                                     Melissa J. Kelley