```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22mc163 (DLC)
In re APPLICATION OF CLIFFORD CHEAH KING  :
MUN and MASO CAPITAL INVESTMENTS LIMITED  :    ORDER
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received on August 18, 2022 the parties' consent letter motion requesting an adjournment, it is hereby

ORDERED that the pretrial conference is adjourned until **September 2, 2022** at **10:00 A.M.** There shall be no further adjournment.

SO ORDERED:

Dated:   New York, New York
         August 23, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge