```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     22mc163 (DLC)
In re APPLICATION OF CLIFFORD CHEAH KING :
MUN and MASO CAPITAL INVESTMENTS LIMITED :     ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 23, 2022, this Court scheduled a pretrial conference for September 2, 2022. It is hereby

ORDERED that the pretrial conference scheduled for September 2, 2022 is cancelled.

Dated:     New York, New York
           August 29, 2022

                                              _____
                                                              DENISE COTE
                                                United States District Judge