```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
In re APPLICATION OF CLIFFORD CHEAH  :
KING MUN and MASO CAPITAL INVESTMENTS:    22mc163 (DLC)
LIMITED                              :
                                     :        ORDER
-------------------------------------X
```

DENISE COTE, District Judge:

On November 9, 2022, counsel for the petitioners submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that an application has been fully submitted for sixty days.  The parties are hereby advised that the Court is aware of the fully submitted application, and will decide it as expeditiously as possible.

Dated:    New York, New York
          November 9, 2022

                                     _____
                                              DENISE COTE
                                     United States District Judge