**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re Application of Clifford
Cheah King Mun and Maso Capital
Investments Limited

22  **MC**  163  (DLC)

## <u>JUDGMENT</u>

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons

set forth in the Court's Memorandum Opinion & Order dated December 15, 2022, Petitioner's

June 15 application is denied; accordingly, this case is closed.

**Dated:**  New York, New York
           December 16, 2022

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**